UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| RUSSELL D. ARMSTRONG and LAURA ARMSTRONG, Plaintiffs, vs. OCWEN LOAN SERVICING, LLC, Defendant. | NO. 2:16-CV-00320-JLQ<br>ORDER DIRECTING ENTRY OF JUDGMENT AND CLOSING FILE |
|---|---|

BEFORE THE COURT is the parties' Stipulated Motion for Order of Dismissal With Prejudice (ECF No. 35). The parties report they have completed the required elements of the settlement agreement and agree to dismissal with prejudice and without an award of costs or fees.

**IT IS HEREBY ORDERED:**

1. The Stipulated Motion (ECF No. 35) is **GRANTED**.

2. The Clerk shall enter judgment of dismissal of the Amended Complaint (ECF No. 10) and all the claims therein **with prejudice** and without an award of costs or fees.

**IT IS SO ORDERED**. The Clerk is hereby directed to file this Order, enter Judgment, furnish copies to counsel, and close this file.

**DATED** this 18th day of September, 2017.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1