# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| RUSSELL D. ARMSTRONG, and LAURA ARMSTRONG,<br>*Plaintiff*<br>v.<br>OCWEN LOAN SERVICING, LLC,<br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 2:16-CV-320-JLQ<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Stipulated Motion for Order of Dismissal (ECF No. 35) is GRANTED.
The Amended Complaint (ECF No. 10) and the claims therein are dismissed with prejudice and without an award of costs or fees.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Justin L. Quackenbush on a motion for Order of Dismissal ECF No. 35.

Date: September 18, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer